896

No. 322.   U. S. Health Club, Inc., *v.* Major, Postmaster, Bergenfield, New Jersey.   C. A. 3d Cir.   Certiorari denied.   *Milton A. Bass, Solomon H. Friend* and *Harold Friedman* for petitioner.   *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for respondent.

No. 330.   Sheet Metal Workers' International Assn., AFL–CIO, et al. *v.* National Labor Relations Board.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Donald W. Fisher* and *Mortimer Riemer* for petitioners.   *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 347.   Fine Fashions, Inc., *v.* Gross, District Director of Internal Revenue, et al.   C. A. 3d Cir. Certiorari denied.   *Leonard M. Wallstein, Jr.* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Robert N. Anderson* for respondents.

No. 338.   AAA Motor Lines, Inc., *v.* Alabama Public Service Commission et al.   Supreme Court of Alabama. Certiorari denied.   *Truman Hobbs* for petitioner.   *McDonald Gallion,* Attorney General of Alabama, and *J. Taylor Hardin,* Assistant Attorney General, for respondents.

No. 340.   Burgermeister Brewing Corp. *v.* Lindstrom et al.   Superior Court of California, San Francisco County.   Certiorari denied.   *William French Smith* for petitioner.   *Herbert S. Thatcher* for respondents.